167 A.3d 647

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE CERTIFICATION OF SCOTT D. GREENBERG, D.C. LICENSE NO. 38MC00287500 TO PRACTICE AS A DOCTOR OF CHIROPRACTIC IN THE STATE OF NEW JERSEY. (SCOTT D. GREENBERG–PETITIONER)

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004412–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

167 A.3d 647

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. VOLMAR N. ILLERA, DEFENDANT–PETITIONER.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001800–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.